FIRST NATIONAL BANK OF WHITEHALL, Respondent, *v.* JAMES LAMB et al., Appellants.

SAME, Respondent, *v.* SAME, Appellants.

THESE two cases were argued and decided with *First National Bank of Whitehall* v. *Lamb et al.*, (ante p. 95).